[No. 15053-1-II.   Division Two.   July 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVE A. ADKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 91-1-00134-9, James D. Roper, J., entered May 22, 1991. *Affirmed* by unpublished opinion per Swanson, J. Pro Tem., concurred in by Houghton, J., and Wieland, J. Pro Tem.

[No. 15415-3-II.   Division Two.   July 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL LEE HERROD, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 90-1-00820-7, Thomas L. Lodge, J., entered October 17, 1991. *Affirmed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Houghton, J., and Swanson, J. Pro Tem.

[No. 15775-6-II.   Division Two.   July 13, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. OCTAVIO VAZQUEZ-CORONA, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 91-1-00699-4, James Warme, J., entered February 11, 1992. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Swanson and Wieland, JJ. Pro Tem.